UNITED STATES of America, Plaintiff–Appellee

v.

Jose Gabriel MENDEZ–GONZALEZ, also known as Edgar Ramos, also known as Jose Mendez, Defendant–Appellant.

No. 04–50915.

USDC No. 3:03–CR–1138–4–KC.

United States Court of Appeals, Fifth Circuit.

Decided May 25, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Ruben P. Morales, El Paso, TX, for Defendant–Appellant.

Before KING, Chief Judge, and DAVIS and STEWART, Circuit Judges.

PER CURIAM: *

Counsel representing Jose Gabriel Mendez–Gonzalez (Mendez) has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Ramirez has received a copy of counsel's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.